UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>            -against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                Defendants. | No. 13-Civ-0981 (PGG)<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") is a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc. ("MUFG").  MUFG is a publicly held corporation; no publicly held company owns 10% or more of MUFG's stock.

Dated: Washington, D.C.
       April 10, 2013

                      Respectfully submitted,

                      s/ Daryl A. Libow
                      Daryl A. Libow
                      SULLIVAN & CROMWELL LLP
                      1701 Pennsylvania Avenue, N.W.
                      Washington, D.C. 20006-7635
                      libowd@sullcrom.com
                      Tel: (202) 956-7650
                      Fax: (202) 956-6973

                      *Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*