UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>　　　　　　　Defendants. | No. 13-Civ-0981 (PGG)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　Please enter my appearance as counsel in this case to defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

　　　　I certify that I am admitted to practice before this court.

Dated:　Washington, D.C.　　　　Respectfully submitted,
　　　　April 10, 2013

　　　　　　　　　　　　　　　　s/ Christopher M. Viapiano
　　　　　　　　　　　　　　　　Christopher M. Viapiano
　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　1701 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20006-7635
　　　　　　　　　　　　　　　　viapianoc@sullcrom.com
　　　　　　　　　　　　　　　　Tel: (202) 956-6985
　　　　　　　　　　　　　　　　Fax: (202) 956-7056

　　　　　　　　　　　　　　　　*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*