**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

7 WEST 57th STREET REALTY COMPANY, LLC, a
Delaware Limited Liability Company,

Plaintiff,

-vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA, N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE
& CO., JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF
TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE
CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL BANK OF
CANADA, THE NORINCHUKIN BANK, ROYAL BANK
OF SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE
BANK AG,

Defendants.

13-CV-0981 (PGG)

**RULE 7.1
CORPORATE
DISCLOSURE
STATEMENT OF
DEFENDANTS
CITIGROUP, INC.,
AND CITIBANK, N.A.**

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Citigroup Inc. and Citibank N.A. states as follows:

Citigroup Inc., a publicly held corporation, has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Citibank N.A. is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citibank N.A.

Dated: New York, New York
      April 10, 2013

Respectfully submitted,

COVINGTON & BURLING LLP


By:    <u>s/Andrew A. Ruffino</u>
       Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Attorney for Defendants Citigroup,*
*Inc., and Citibank N.A.*