**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

7 WEST 57TH STREET REALTY COMPANY,
LLC, a Delaware Limited Liability Company,

          Plaintiff,

        -against-

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE
GROUP AG, BANK OF TOKYO-MITSUBISHI
UFJ LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A., HSBC
HOLDINGS PLC, HSBC BANK PLC, HBOS
PLC, LLOYDS BANKING GROUP PLC,
ROYAL BANK OF CANADA, THE
NORINCHUKIN BANK, ROYAL BANK OF
SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK AG,
DEUTSCHE BANK AG,

          Defendants.

No. 13-CV-0981 (PGG)

ECF Case

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison

LLP, by Moses Silverman, shall appear as counsel for Deutsche Bank AG, defendant in

the above-captioned matter.

Dated:     New York, New York          Respectfully submitted,
            April 10, 2013

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                           GARRISON LLP

                                By:   /s/ Moses Silverman
                                      Moses Silverman
                                      msilverman@paulweiss.com

                                1285 Avenue of the Americas
                                New York, New York 10019-6064
                                Tel.:     (212) 373-3355
                                Fax:      (212) 492-0355

                                *Counsel for Defendant Deutsche Bank AG*