UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>                -against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                Defendants. | No. 13-CV-0981 (PGG)<br><br>ECF Case<br><br>**Corporate Disclosure Statement of Deutsche Bank AG** |

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Deutsche Bank AG certifies that Deutsche Bank AG, a publicly-held corporation organized under the laws of Germany, has no parent corporation. No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

| | | |
|---|---|---|
| Dated: | New York, New York<br>April 10, 2013 | Respectfully submitted,<br><br>/s/ Moses Silverman____<br>Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>msilverman@paulweiss.com<br>Tel:  (212) 373-3355<br>Fax: (212) 492-0355<br><br>*Counsel for Defendant Deutsche Bank AG* |