AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-0981 (PGG) |
| CITIGROUP, INC. et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Royal Bank of Scotland Group, plc                                              .

Date:   04/11/2013

/s/ Robert G. Houck
*Attorney's signature*

Robert G. Houck
*Printed name and bar number*

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

*Address*

robert.houck@cliffordchance.com
*E-mail address*

(212) 878-3224
*Telephone number*

(212) 878-8375
*FAX number*