**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

Plaintiff,

-vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WEST LB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,

Defendants.

No. 13-cv-0981 (PGG)

ECF CASE

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant **The Royal Bank of Scotland Group plc**, makes the following disclosures through its undersigned counsel:

Defendant The Royal Bank of Scotland Group plc is a publicly traded company organized under the laws of Scotland. No publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
April 11, 2013

CLIFFORD CHANCE US LLP

By: S/_Robert G. Houck__
Robert G. Houck

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
robert.houck@cliffordchance.com (e-mail)

*Attorneys for The Royal Bank of Scotland Group, plc*