```
                                              ┌─────────────────────────┐
                                              │ DOCUMENT                │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED    │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____        │
                                              │ DATE FILED: 4/12/13     │
                                              └─────────────────────────┘
```

7 West 57th Street Realty Company, LLC,

                    Plaintiff,

     -against-               1:13 cv 00981 (PGG)

CitiGroup, Inc., et al.                 **ORDER FOR ADMISSION**
                    Defendant.      **PRO HAC VICE**

The motion of **Roger B. Cowie**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Texas**; and that his/her contact information is as follows (please print):

    Applicant's Name: **Roger B. Cowie**

    Firm Name: **Locke Lord LLP**

    Address: **2200 Ross Avenue, Suite 2200**

    City / State / Zip: **Dallas, TX 75201**

    Telephone / Fax: **214-740-8614 / 214-756-8614**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **HSBC Holdings plc and HSBC Bank plc** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

*The Clerk of the Court is directed to terminate the motion (Dkt. No. 10)*

Dated: *April 11, 2013*                  _____

                                                 United States District ~~Magistrate~~ Judge