Gondepke, r.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

        Plaintiff,

vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,

        Defendants.

---

Civil Action No. 13-cv-0981

ECF Case

**STIPULATION AND [~~PROPOSED~~] ORDER OF SUBSTITUTION OF COUNSEL FOR BARCLAYS BANK PLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/13
```

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Sullivan & Cromwell LLP is substituted in place and in the stead of the law firm of Boies, Schiller & Flexner LLP as counsel of record for Defendant Barclays Bank PLC in the above-captioned action.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
April 12, 2013

SULLIVAN & CROMWELL LLP

By: _____
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew S. Fitzwater
Matthew J. Porpora
125 Broad Street
New York, New York 10004
(212) 558-4000

BOIES, SCHILLER & FLEXNER LLP

By: _____
Michael Brille
5301 Wisconsin Ave. NW
Washington, D.C. 20015
(202) 237-2727

SO ORDERED

_____
The Honorable Paul G. Gardephe
United States District Judge

_____April 15_____, 2013