UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                              Defendants. | 13-CV-0981 (PGG)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan M. Wiseman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Citigroup, Inc. and Citibank, N.A. in the above-captioned action.

I am in good standing of the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of good standing from the Court of Appeals of Maryland and from the District of Columbia Court of Appeals are annexed hereto as Exhibits A and B, respectively. A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit C.

Dated: April 15, 2013

Respectfully Submitted,

*Alan W.*

Alan M. Wiseman
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5069
Fax: 202-778-5069
E-Mail: awiseman@cov.com

# EXHIBIT A

# Court of Appeals of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-sixth day of November, 1968,

### Alan M. Wiseman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-second day of March, 2013.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# EXHIBIT B

Case 1:13-cv-00981-PGG   Document 30   Filed 04/16/13   Page 5 of 9



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ALAN M. WISEMAN

was on JANUARY 23, 1974, duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2013.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　　-vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>　　　　　　　　　　Defendants. | 13-CV-0981 (PGG)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

　　　　The motion of ALAN M. WISEMAN for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

　　　　Alan M. Wiseman
　　　　Covington & Burling LLP
　　　　1201 Pennsylvania Avenue, NW
　　　　Washington, D.C. 20004-2401
　　　　Tel.: 202-662-5069
　　　　Fax: 202-778-5069
　　　　E-Mail: awiseman@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Citigroup, Inc. and Citibank N.A. in the above entitled action;

IT IS **HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

United States District / Magistrate Judge