UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 WEST 57th STREET REALTY COMPANY, LLC, a
Delaware Limited Liability Company,

                    Plaintiff,

              -vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA, N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE
& CO., JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF
TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE
CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL BANK OF
CANADA, THE NORINCHUKIN BANK, ROYAL BANK
OF SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE
BANK AG,

                    Defendants.

13-CV-0981 (PGG)

**MOTION FOR
ADMISSION PRO
HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Jonathan Gimblett, hereby move this Court for an

Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Citigroup,

Inc., and Citibank N.A. in the above-captioned action.

I am in good standing of the bars of the State of Virginia and the District of Columbia,

and there are no pending disciplinary proceedings against me in any state or federal court.

Certificates of good standing from the Supreme Court of Virginia and from the District of

Columbia Court of Appeals are annexed hereto as Exhibits A and B, respectively.  A proposed

Order for Admission Pro Hac Vice is annexed hereto as Exhibit C.

Dated: April 15, 2013

Respectfully Submitted,

_Jonathan Gimblett_
Jonathan Gimblett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5457
Fax: 202-778-5457
E-Mail: jgimblett@cov.com

# EXHIBIT A

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JONATHAN JAMES GIMBLETT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE

BAR IN GOOD STANDING. **MR. GIMBLETT** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 2004,**

AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued April 9, 2013

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# EXHIBIT B



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court
of Appeals, do hereby certify that

## JONATHAN J. GIMBLETT

was on     **JULY 8, 2005,**     duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.
on **April 10, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7 WEST 57th STREET REALTY COMPANY, LLC, a
Delaware Limited Liability Company,

                    Plaintiff,

              -vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA, N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE
& CO., JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF
TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE
CENTRALE RAIFFEISEN BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL BANK OF
CANADA, THE NORINCHUKIN BANK, ROYAL BANK
OF SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCIIE IMMOBILIENBANK AG, DEUTSCHE
BANKAG,

                    Defendants.

13-CV-0981 (PGG)

**ORDER FOR
ADMISSION PRO
HAC VICE**

The motion of JONATHAN GIMBLETT, for admission to practice Pro Hac Vice

in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the

State of Virginia and the District of Columbia; and that his contact information is as follows:

Jonathan Gimblett
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5457
Fax: 202-778-5457
E-Mail: jgimblett@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Citigroup, Inc., and Citibank N.A. in the above entitled action;

IT IS **HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case  in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____          _____

United States District / Magistrate Judge