UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>-vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.,HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC; WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, and DEUTSCHE BANK AG,<br><br>Defendants. | No. 13-CV-0981 (PGG) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Elai Katz of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Credit Suisse Group AG in the above-captioned proceeding.  I certify that I am admitted to practice in this court.

Dated:   April 16, 2013                                   Respectfully submitted,

                                                                          /s/ Elai Katz

        Elai Katz (ekatz@cahill.com)
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, New York 10005
        Telephone:  212-701-3039