USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

7 WEST 57TH STREET REALTY COMPANY, LLC,
a Delaware Limited Liability Company,

        Plaintiff,

- against -

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE
GROUP AG, BANK OF TOKYO-MITSUBISHI
UFJ LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A., HSBC
HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL
BANK OF CANADA, THE NORINCHUKIN
BANK, ROYAL BANK OF SCOTLAND GROUP,
PLC, WESTLB AG, WESTDEUTSCHE
IMMOBILIENBANK AG, DEUTSCHE BANK AG,

        Defendants.

13-cv-0981

### ORDER FOR ADMISSION
### PRO HAC VICE

The motion of Daniel J. Mogin, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the standing bar of the state of California; and that his contact information is as follows:

Applicant's Name: Daniel J. Mogin

Firm Name: THE MOGIN LAW FIRM, P.C.

Address: 707 Broadway, Suite 1000

City/State/Zip: San Diego, CA 92120

Telephone/Fax: (619) 687-6611/ (619) 687-6610

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for 7 WEST 57TH STREET REALTY COMPANY, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: April 17, 2013

_____
U.S. District Judge Paul G. Gardephe