```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED: 4 17 13             │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>         -vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A.,BANK OF AMERICA CORP., BANK OF AMERICA, N.A.,BARCLAYS BANK PLC, UBS AG,JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.,HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>Defendants. | 13-CV-0981(PGG) |

**STIPULATION AND [PROPOSED] ORDER ADJOURNING**
**DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, the Complaint in this action asserts claims arising out of alleged improper conduct by certain entities with respect to the determination of the U.S. Dollar London Inter-Bank Offered Rate ("USD LIBOR");

WHEREAS, there is currently pending before Judge Naomi Reice Buchwald an MDL proceeding involving dozens of cases that include similar factual allegations, assert similar claims, and have been brought against the same entities that have been sued in this action, *In re*

*LIBOR-Related Financial Instruments Antitrust Litigation*, No. 1:11-md-02262 (the "USD LIBOR MDL Proceeding");

WHEREAS, when this action was commenced, Plaintiff designated this action as related to the USD LIBOR Proceeding, but Judge Buchwald did not accept the related case designation;

WHEREAS, the parties in this action believe that for certain purposes coordination between this action and the USD LIBOR MDL Proceeding may promote judicial economy;

WHEREAS, no previous requests for any extensions have been made in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and it is ORDERED by the Court that:

1.      Subject to the reservation of rights contained in paragraph 4 below, the undersigned Defendants agree to accept service of Plaintiff's Complaint in this action pursuant to Fed. R. Civ. P. 4(h).

2.      The undersigned Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint is hereby adjourned until June 4, 2013.

3.      This Stipulation shall not act to shorten the response time of any Defendant that would otherwise have a longer period of time to respond to the Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any Defendant's right to seek, and Plaintiff's right to oppose, an additional extension of time to respond to the Complaint in this action.

4.      Except as to the defense of insufficiency of service of process in this action, no defense of any of the undersigned Defendants, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by such Defendant's executing, agreeing to, joining, or filing this Stipulation.

5.      This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

Dated:  April 8, 2013


_Andrew W. Hayes_

Andrew W. Hayes
ANDREW W. HAYES, ESQ.
230 Park Avenue, 10th Floor
New York, New York 10017
Tel: (917) 770-0180
ahayes@andrewhayes.net

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 687-6611
dmogin@moginlaw.com

*Attorneys for Plaintiff 7 West 57th Steet Realty Company, LLC*

Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A*

Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN AND CROMWELL, LLP
125 Broad Street
New York, New York 10004
Tel: 212-558-4705
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendant Barclays Bank plc*

4

Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A*

Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN AND CROMWELL, LLP
125 Broad Street
New York, New York 10004
Tel: 212-558-4705
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendant Barclays Bank plc*

4

Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A*

Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN AND CROMWELL, LLP
125 Broad Street
New York, New York 10004
Tel: 212-558-4705
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendant Barclays Bank plc*

4

_Al A Ruff_

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
David J. Shaw
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 662-6000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*

David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

5

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
David J. Shaw
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 662-6000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*

David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

5

Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*


Moses Silverman
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*


Ed DeYoung
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel: (214) 740-8614
edeyoung@lockelord.com
rcowie@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Tel: (212) 812-8325
gcasamento@lockelord.com

*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc*

6

Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

Moses Silverman
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

Ed DeYoung
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel: (214) 740-8614
edeyoung@lockelord.com
rcowie@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Tel: (212) 812-8325
gcasamento@lockelord.com

*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc*

6

_____

Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*


_____

Moses Silverman
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

*Edwin R. De Young*

Ed DeYoung
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel: (214) 740-8614
edeyoung@lockelord.com
rcowie@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Tel: (212) 812-8325
gcasamento@lockelord.com

7

_Thomas C. Rice_ _/s/_

Thomas C. Rice
Juan A. Arteaga
Joan E. Flaherty
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
trice@stblaw.com
jarteaga@stblaw.com
jflaherty@stblaw.com

_Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A._

Marc J. Gottridge
Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
marc.gottridge@hoganlovells.com
eric.stock@hoganlovells.com

_Attorneys for Lloyds Banking Group plc and HBOS plc_

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

_Attorneys for Defendant The Norinchukin Bank_

Thomas C. Rice
Juan A. Arteaga
Joan E. Flaherty
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
trice@stblaw.com
jarteaga@stblaw.com
jflaherty@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

Marc J. Gottridge
Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
marc.gottridge@hoganlovells.com
eric.stock@hoganlovells.com

*Attorneys for Lloyds Banking Group plc and HBOS plc*

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

Thomas C. Rice
Juan A. Arteaga
Joan E. Flaherty
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
trice@stblaw.com
jarteaga@stblaw.com
jflaherty@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

Marc J. Gottridge
Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
marc.gottridge@hoganlovells.com
eric.stock@hoganlovells.com

*Attorneys for Lloyds Banking Group plc and HBOS plc*

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

_(signature)_

Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
litwin@hugheshubbard.com
paparella@hugheshubbard.com
feder@hugheshubbard.com

_Attorneys for Defendant Portigon AG (formerly known as WestLB AG)_


Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com

_Attorneys for Defendant Royal Bank of Canada_


Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, New York 10019
Tel: (212) 878-8000
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

_Attorneys for Defendant The Royal Bank of Scotland Group plc_

8

Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
litwin@hugheshubbard.com
paparella@hugheshubbard.com
feder@hugheshubbard.com

*Attorneys for Defendant Portigon AG (formerly known as WestLB AG)*

Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com

*Attorneys for Defendant Royal Bank of Canada*

Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, New York 10019
Tel: (212) 878-8000
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

8

Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
litwin@hugheshubbard.com
paparella@hugheshubbard.com
feder@hugheshubbard.com

*Attorneys for Defendant Portigon AG (formerly known as WestLB AG)*


Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com

*Attorneys for Defendant Royal Bank of Canada*


Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, New York 10019
Tel: (212) 878-8000
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

Charles Platt
Fraser L. Hunter, Jr.
David S. Lesser
Alan Schoenfeld
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: 212 230-8800
charles.platt@wilmerhale.com
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
Alan.schoenfeld@wilmerhale.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*


Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

*Attorneys for Defendant UBS AG*

9

**SO ORDERED.**

DATED:

_April 17, 2013_

New York, New York

HON. PAUL G. GARDEPHE

United States District Judge