UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
7 WEST 57TH STREET REALTY :
COMPANY, LLC, a Delaware Limited :
Liability Company, :  Case No. 1:13-cv-00981 (PGG)
         Plaintiff, :
     v. :  ECF CASE
:
CITIGROUP, INC., CITIBANK, N.A., BANK :
OF AMERICA CORP., BANK OF AMERICA :  **CORPORATE DISCLOSURE**
N.A., BARCLAYS BANK PLC, UBS AG, :  **STATEMENT OF**
JPMORGAN CHASE & CO., JPMORGAN :  <u>**BARCLAYS BANK PLC**</u>
CHASE BANK, NATIONAL ASSOCIATION, :
CREDIT SUISSE GROUP AG, BANK OF :
TOKYO-MITSUBISHI UFJ LTD., :
COÖPERATIEVE CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., HSBC :
HOLDINGS PLC, HSBC BANK PLC, HBOS :
PLC, LLOYDS BANKING GROUP PLC, :
ROYAL BANK OF CANADA, THE :
NORINCHUKIN BANK, ROYAL BANK OF :
SCOTLAND GROUP, PLC, WESTLB AG, :
WESTDEUTSCHE IMMOBILIENBANK AG, :
DEUTSCHE BANK AG, :
         Defendants. :
-------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Bank PLC, by and through the undersigned counsel, certifies as follows:  Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Dated: April 18, 2013
New York, New York

        /s/ Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew S. Fitzwater
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for Barclays Bank PLC*