UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>CITIGROUP, INC.; CITIBANK, N.A.; BANK OF AMERICA CORP.; BANK OF AMERICA N.A.; BARCLAYS BANK PLC; UBS AG; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; CREDIT SUISSE GROUP AG; BANK OF TOKYO-MITSUBISHI UFJ LTD.; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; HSBC HOLDINGS PLC; HSBC BANK PLC; HBOS PLC; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; ROYAL BANK OF SCOTLAND GROUP, PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>　　　　Defendants. | No 1:13-cv-00981-PGG<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that ERIC J. STOCK of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendants Lloyds Banking Group plc and HBOS plc in this action and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
　　　　April 19, 2013

　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP

　　　　　　　　　　　　　　　　　　/s/ Eric J. Stock
　　　　　　　　　　　　　　　　Eric J. Stock
　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　Tel: (212) 918-3000
　　　　　　　　　　　　　　　　Fax: (212) 918-3100
　　　　　　　　　　　　　　　　eric.stock@hoganlovells.com

　　　　　　　　　　　　　　　　*Attorneys for Lloyds Banking Group plc and HBOS plc*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: April 19, 2013                                    /s/ Eric J. Stock
                                                        Eric J. Stock