UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP, INC.; CITIBANK, N.A.; BANK OF AMERICA CORP.; BANK OF AMERICA N.A.; BARCLAYS BANK PLC; UBS AG; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; CREDIT SUISSE GROUP AG; BANK OF TOKYO-MITSUBISHI UFJ LTD.; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; HSBC HOLDINGS PLC; HSBC BANK PLC; HBOS PLC; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; ROYAL BANK OF SCOTLAND GROUP, PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>Defendants. | No 1:13-cv-00981-PGG<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS LLOYDS BANKING GROUP PLC AND HBOS PLC** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Lloyds Banking Group plc and HBOS plc certifies as follows:

      1.      Lloyds Banking Group plc, a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

      2.      HBOS plc is a wholly owned subsidiary of Lloyds Banking Group plc, a publicly held corporation that owns, directly or indirectly, 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>April 19, 2013 | HOGAN LOVELLS US LLP<br><br>　　　/s/ Marc J. Gottridge　　　<br>Marc J. Gottridge<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br><br>*Attorneys for Lloyds Banking Group plc and HBOS plc* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: April 19, 2013                                      /s/ Marc J. Gottridge
                                                              Marc J. Gottridge