UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
7 WEST 57TH STREET REALTY COMPANY, LLC, a
Delaware Limited Liability Company,

            Plaintiff,

           -vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA, N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE GROUP
AG, BANK OF TOKYO MITSUBISHI UFJ LTD.,
COÖPERATIVE CENTRALE RAIFFEISEN
BOERENLEENBANK B.A., HSBC HOLDINGS PLC,
HSBC BANK PLC, HBOS PLC, LLOYDS BANKING
GROUP PLC, ROYAL BANK OF CANADA, THE
NORINCHUKIN BANK, ROYAL BANK OF
SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK AG, and
DEUTSCHE BANK AG,

           Defendants.
-----------------------------------------------------------------------X

No. 13-cv-00981

Hon. Paul G. Gardephe

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant The Norinchukin Bank ("Norinchukin") certifies that Norinchukin has no parent corporation and that no publicly-held company owns 10% or more of Norinchukin stock.

Dated:  April 19, 2013

Respectfully submitted,

/s/ Andrew W. Stern

Andrew W. Stern (astern@sidley.com)
Alan M. Unger (aunger@sidley.com)
Nicholas P. Crowell (ncrowell@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

2

Telephone:  (212) 839-5300

*Attorneys for Defendant*
*The Norinchukin Bank*