UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
7 WEST 57TH STREET REALTY COMPANY, LLC, a :
Delaware Limited Liability Company, :
 :
                Plaintiff, :
 : No. 13-cv-00981
                -vs.- :
 : Hon. Paul G. Gardephe
CITIGROUP, INC., CITIBANK, N.A., BANK OF :
AMERICA CORP., BANK OF AMERICA, N.A., :
BARCLAYS BANK PLC, UBS AG, JPMORGAN :
CHASE & CO., JPMORGAN CHASE BANK, :
NATIONAL ASSOCIATION, CREDIT SUISSE GROUP :
AG, BANK OF TOKYO MITSUBISHI UFJ LTD., :
COÖPERATIVE CENTRALE RAIFFEISEN :
BOERENLEENBANK B.A., HSBC HOLDINGS PLC, :
HSBC BANK PLC, HBOS PLC, LLOYDS BANKING :
GROUP PLC, ROYAL BANK OF CANADA, THE :
NORINCHUKIN BANK, ROYAL BANK OF :
SCOTLAND GROUP, PLC, WESTLB AG, :
WESTDEUTSCHE IMMOBILIENBANK AG, and :
DEUTSCHE BANK AG, :
 :
                Defendants. :
 :
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Nicholas P. Crowell, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of defendant The Norinchukin Bank. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
April 19, 2013

                                      SIDLEY AUSTIN LLP

                            By:  /s/ Nicholas P. Crowell
                                 Nicholas P. Crowell
                                 (ncrowell@sidley.com)
                                 787 Seventh Avenue
                                 New York, New York  10019
                                 (212) 839-5300

                                 *Attorneys for Defendant*
                                 *The Norinchukin Bank*