DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

                Plaintiff,

-vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,

                Defendants.

13-CV-0981 (PGG)

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of ALAN M. WISEMAN for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

    Alan M. Wiseman
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, D.C. 20004-2401
    Tel.: 202-662-5069
    Fax: 202-778-5069
    E-Mail: awiseman@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Citigroup, Inc. and Citibank N.A. in the above entitled action;

IT IS **HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 19, 2013

*Paul G. Gardephe*

United States District ~~Magistrate~~ Judge