USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

        Plaintiff,

-vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,

        Defendants.

---

13-CV-0981 (PGG)

**ORDER FOR ADMISSION PRO HAC VICE**

        The motion of THOMAS A. ISAACSON for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

        Thomas A. Isaacson
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, D.C. 20004-2401
        Tel.: 202-662-5082
        Fax: 202-778-5082
        E-Mail: tisaacson@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Citigroup, Inc. and Citibank N.A. in the above entitled action;

IT IS **HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of NewYork. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 19, 2013

Paul A. Gardephe
United States District Judge