UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

7 WEST 57TH STREET REALTY
COMPANY, LLC

              Plaintiff,

    - against -

CITIGROUP, INC., CITIBANK, N.A., BANK
OF AMERICA CORP., BANK OF
AMERICA, N.A., BARCLAYS BANK PLC,
UBS AG, JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP
AG, BANK OF TOKYO-MITSUBISHI UFJ
LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN – BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
HBOS PLC, LLOYDS BANKING GROUP
PLC, ROYAL BANK OF CANADA, THE
NORINCHUKIN BANK, ROYAL BANK OF
SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK
AG, DEUTSCHE BANK AG,

              Defendants.

------------------------------- x

: Case No. 13-cv-0981 (PGG)

: NOTICE OF APPEARANCE

: ECF Case

      PLEASE TAKE NOTICE that Robert F. Wise, Jr. of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated:   New York, New York          Respectfully Submitted,
         April 23, 2013
                                     DAVIS POLK & WARDWELL LLP

                              By:    /s/ Robert F. Wise, Jr.
                                     Robert F. Wise, Jr.

                                     450 Lexington Avenue
                                     New York, New York  10017
                                     Telephone: (212) 450-4000
                                     Facsimile: (212) 607-7983
                                     robert.wise@davispolk.com

                                     *Counsel for Defendants Bank of America Corporation and
                                     Bank of America, N.A.*