**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

7 WEST 57TH STREET REALTY                        :
COMPANY, LLC                                     :
                                                 :
            Plaintiff,                           :
                                                 :
        - against -                              :
                                                 :
CITIGROUP, INC., CITIBANK, N.A., BANK            :
OF AMERICA CORP., BANK OF                        :
AMERICA, N.A., BARCLAYS BANK PLC,                :
UBS AG, JPMORGAN CHASE & CO.,                    :   Case No. 13-cv-0981 (PGG)
JPMORGAN CHASE BANK, NATIONAL                    :
ASSOCIATION, CREDIT SUISSE GROUP                 :   NOTICE OF APPEARANCE
AG, BANK OF TOKYO-MITSUBISHI UFJ                 :
LTD., COÖPERATIEVE CENTRALE                      :   ECF Case
RAIFFEISEN – BOERENLEENBANK B.A.,                :
HSBC HOLDINGS PLC, HSBC BANK PLC,                :
HBOS PLC, LLOYDS BANKING GROUP                   :
PLC, ROYAL BANK OF CANADA, THE                   :
NORINCHUKIN BANK, ROYAL BANK OF                  :
SCOTLAND GROUP, PLC, WESTLB AG,                  :
WESTDEUTSCHE IMMOBILIENBANK                      :
AG, DEUTSCHE BANK AG,                            :
                                                 :
            Defendants.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Arthur J. Burke of the law firm of Davis Polk & Wardwell

LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of

record for defendants Bank of America Corporation and Bank of America, N.A. in the above-

captioned matter, and requests that all papers in this action be served upon him at the address

indicated below.

Dated:   New York, New York          Respectfully Submitted,
         April 23, 2013
                                     DAVIS POLK & WARDWELL LLP

                          By:   /s/ Arthur J. Burke
                                _____
                                Arthur J. Burke

                                450 Lexington Avenue
                                New York, New York  10017
                                Telephone: (212) 450-4000
                                Facsimile: (212) 607-7983
                                arthur.burke@davispolk.com

                                *Counsel for Defendants Bank of America Corporation and
                                Bank of America, N.A.*