UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

7 WEST 57TH STREET REALTY
COMPANY, LLC

                Plaintiff,

    - against -

CITIGROUP, INC., CITIBANK, N.A., BANK
OF AMERICA CORP., BANK OF
AMERICA, N.A., BARCLAYS BANK PLC,
UBS AG, JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP
AG, BANK OF TOKYO-MITSUBISHI UFJ
LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN – BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
HBOS PLC, LLOYDS BANKING GROUP
PLC, ROYAL BANK OF CANADA, THE
NORINCHUKIN BANK, ROYAL BANK OF
SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK
AG, DEUTSCHE BANK AG,

                Defendants.

: Case No. 13-cv-0981 (PGG)

: ECF Case

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bank of America Corporation and Bank of America, N.A. make the following disclosures through their undersigned counsel:

    1.    Defendant Bank of America Corporation is a publicly held company, does not have any parent corporation, and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

2. Defendant Bank of America, N.A. is a National Association and is 100% owned by BANA Holding Corporation. BANA Holding Corporation is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corporation. NB Holdings Corporation is 100% owned by Bank of America Corporation.

Dated: New York, New York
April 23, 2013

DAVIS POLK & WARDWELL LLP

By: /s/ Robert F. Wise, Jr.
Robert F. Wise, Jr.

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-4800
robert.wise@davispolk.com

*Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*