UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>       Plaintiff,<br><br>      -vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>       Defendants. | 13-CV-0981 (PGG) |

**RULE 7.1 DISCLOSURE**

    Pursuant to Fed. Rule Civ. P. 7.1, Defendants HSBC Bank plc and HSBC Holdings plc disclose that: (1) HSBC Bank plc's ultimate parent company is HSBC Holdings plc; and (2) HSBC Holdings plc has no parent company and its shares are publicly traded.

Dated April 23, 2013

                     Respectfully submitted:

                     /s/ Gregory T. Casamento

                     Gregory T. Casamento

NY 704400v.1

LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Fax: (212) 812-8385
gcasamento@lockelord.com

Ed DeYoung
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8614
Fax: (214) 740-8800
edeyoung@lockelord.com
rcowie@lockelord.com

*Attorneys for Defendant HSBC Holdings plc*

NY 704400v.1