Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
Litwin@hugheshubbard.com
Paparella@hugheshubbard.com
Feder@hugheshubbard.com

*Counsel for Defendant Portigon AG (f/k/a WestLB AG)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company<br><br>                              Plaintiff,<br>          -against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                              Defendants. | Civil Action No. 13-cv-0981<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant Portigon AG (formerly known as WestLB AG) certifies as follows:

1. Portigon AG has no parent corporation.

2. No publicly held corporation owns 10% or more of Portigon AG's stock.

Dated: New York, New York
April 24, 2012

                        Respectfully submitted,

                        HUGHES HUBBARD & REED LLP


                        By: /s/ Ethan E. Litwin
                              Ethan E. Litwin
                              Christopher M. Paparella
                              Morgan J. Feder
                              Litwin@hugheshubbard.com
                              Paparella@hugheshubbard.com
                              Feder@hugheshubbard.com


                        One Battery Park Plaza
                        New York, New York 10004-1482
                        (212) 837-6000

                        *Counsel for Defendant Portigon AG*
                        *(f/k/a WestLB AG)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2013, I caused the foregoing Rule 7.1 Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

| | | |
|---|---|---|
| Dated: | New York, New York<br>April 24, 2013 | /s/ Morgan J. Feder<br>Morgan J. Feder |