UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company<br><br>         Plaintiff,<br>  -against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>         Defendants. | Civil Action No. 13-cv-0981<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that ETHAN E. LITWIN of the law firm of Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Portigon AG (formerly known as WestLB AG), a defendant in the above-

captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated below.[1]

| | | |
|---|---|---|
| Dated: | New York, New York<br>April 24, 2013 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By:   /s/ Ethan E. Litwin<br>        Ethan E. Litwin<br>        Litwin@hugheshubbard.com<br><br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Tel.   (212) 837-6540<br>Fax.  (212) 299-6540<br><br>*Counsel for Defendant Portigon AG*<br>*(formerly known as WestLB AG)* |

---

[1] In filing this Notice of Appearance, Portigon AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2013, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                   /s/ Ethan E. Litwin
             April 24, 2013                         Ethan E. Litwin