AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company<br>*Plaintiff*<br>v.<br>CITIGROUP, INC. CITIBANK, N.A., et al.<br>*Defendant* | ) ) ) ) Civil Action No. 13 CV 0981 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Exhibit A attached hereto.

Westdeutsche ImmobilienAG
850 Third Avenue
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Andrew W. Hayes, Esq.
      230 Park Ave.
      10th Floor
      New York, NY 10167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

Date: FEB 13 2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13 CV 0981

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  WESTDEUTSCHE IMMOBILIENBANK AG
was received by me on *(date)*  04/19/2013  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Verena Ramos  , who is
designated by law to accept service of process on behalf of *(name of organization)*  WESTDEUTSCHE
IMMOBILIENBANK AG  on *(date)*  04/19/2013  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  219.00  for services, for a total of $  219.00  .

I declare under penalty of perjury that this information is true.

Date:  04/22/2013

SEE ATTACHED
*Server's signature*

Zachary Lazarus, Process Server
*Printed name and title*

Calexpress
917 West Grape St.
San Diego, CA 92101
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Attorney: Calexpress PH: (619) 685-1122
Address: 917 West Grape Street San Diego, CA 92101

Job #: 12732

| | |
|---|---|
| 7 West 57th Street Realty Company, LLC <br><br> vs <br><br> Citigroup, Inc. Citibank, N.A., et al. <br><br> *Plaintiff* <br><br> *Defendant* | Civil Number: 13 CV 0981 <br> Date Filed: <br> Client's File No.: 985047 <br> Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
Zachary Lazarus, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/19/2013**, at **2:30 PM** at: **850 Third Avenue, New York, NY 10022** Deponent served the within **Summons; Complaint, Notice of Pretrial Conference, Local Rules**

On: **Westdeutsche ImmobilienBank AG**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Verena Ramos personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Administrative Assistant, authorized to accept thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: Caucasian    Color of hair: Brown    Glasses:
Age: 25-35     Height: 5ft4in-5ft8in        Weight: 100-130 lbs     Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 4/19/2013

Maureen I. Mintzer
60-4827421 Qualified in Westchester County
May 31, 2014



Zachary Lazarus
1305836