UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

          Plaintiff,

vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, and DEUTSCHE BANK AG,

          Defendants.

---------------------------------------------------------------x

No. 13-CV-0981 (PGG)

NOTICE OF APPEARANCE

      The undersigned respectfully enters his appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG.  The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
      April 29, 2013

GIBSON, DUNN & CRUTCHER LLP

By:   s/Peter Sullivan
      Peter Sullivan

200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

*Attorneys for Defendant UBS AG*