UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
**7 WEST 57TH STREET REALTY**    )
**COMPANY, LLC**                            )
                                            )
        **Plaintiff,**   )   Case No. 1:13-cv-00981 (PGG)
                                            )
**CITIGROUP, INC. et al.,**                 )
                                            )
        **Defendants.**  )
_____ )

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Arthur W. Hahn, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Royal Bank of Canada in the above-captioned action.

I am in good standing of the Bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 1, 2013                           Respectfully submitted,

                                                                /s/ Arthur W. Hahn
                                                                Arthur W. Hahn
                                                                Katten Muchin Rosenman LLP
                                                                525 West Monroe Street
                                                                Chicago, Illinois  60661
                                                                312.902.5241
                                                                arthur.hahn@kattenlaw.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Arthur W. Hahn

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 17, 1969 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, April 15, 2013.

*Carolyn Taft Grosboll*
Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
7 WEST 57TH STREET REALTY                   )
COMPANY, LLC                                )
                                            )
                    Plaintiff,              )      Case No. 1:13-cv-00981 (PGG)
                                            )
CITIGROUP, INC. et al.,                     )
                                            )
                    Defendants.             )
_____ )

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Arthur W. Hahn for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

> Arthur W. Hahn
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois  60661
> 312.902.5241 (telephone) / 312.902.1061 (fax)
> arthur.hahn@kattenlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Royal Bank of Canada in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                       United States District/Magistrate Judge