UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/13

7 WEST 57TH STREET REALTY )
COMPANY, LLC )
                              )
                              )
              Plaintiff,      )   Case No. 1:13-cv-00981 (PGG)
                              )
CITIGROUP, INC. et al.,       )
                              )
              Defendants.     )
                              )

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Christian T. Kemnitz for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

> Christian T. Kemnitz
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois 60661
> 312.902.5379 (telephone) / 312.902.1061 (fax)
> christian.kemnitz@kattenlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Royal Bank of Canada in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 8, 2013

_____
United States District/~~Magistrate~~ Judge