**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| **7 WEST 57TH STREET REALTY COMPANY, LLC** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 1:13-cv-00981 (PGG)** |
| **CITIGROUP, INC. et al.,** | ) ) | |
| **Defendants.** | ) ) | |

_____  )

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Royal Bank of Canada ("RBC") certifies that RBC does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 9, 2013                     Respectfully submitted,

/s/ Christian T. Kemnitz_____

Christian T. Kemnitz (christian.kemnitz@kattenlaw.com)
Arthur W. Hahn (arthur.hahn@kattenlaw.com)
Brian J. Poronsky (brian.poronsky@kattenlaw.com)
William J. Kraus (william.kraus@kattenlaw.com)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois  60661
312.902.5379

_Counsel for Royal Bank of Canada_