Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
Litwin@hugheshubbard.com
Paparella@hugheshubbard.com
Feder@hugheshubbard.com

*Counsel for Defendant Westdeutsche ImmobilienBank AG*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company<br><br>                                    Plaintiff,<br>          -against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                                    Defendants. | Civil Action No. 13-cv-0981<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant Westdeutsche ImmobilienBank AG ("West Immo") certifies as follows:

      1.  West Immo is a wholly-owned subsidiary of Erste Abwicklungsanstalt, ("EAA") a structurally and financially independent public law entity operating under the umbrella of the Financial Market Stabilisation Authority (Bundesanstalt für Finanzmarktstabilisierung – FMSA).

      2.  No publicly held corporation owns 10% or more of West Immo's stock.

Dated: New York, New York
       May 10, 2013

      Respectfully submitted,

      HUGHES HUBBARD & REED LLP

      By: /s/ Ethan E. Litwin
          Ethan E. Litwin
          Christopher M. Paparella
          Morgan J. Feder
          Litwin@hugheshubbard.com
          Paparella@hugheshubbard.com
          Feder@hugheshubbard.com

      One Battery Park Plaza
      New York, New York 10004-1482
      (212) 837-6000

      *Counsel for Defendant Westdeutsche ImmobilienBank AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2013, I caused the foregoing Rule 7.1 Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                          /s/ Morgan J. Feder
           May 10, 2013                                Morgan J. Feder