UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

        Plaintiff,

vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, and DEUTSCHE BANK AG,

        Defendants.
-----------------------------------------------------------x

No. 13-CV-0981 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/13

## ORDER

The motion of Joel S. Sanders, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name: Joel S. Sanders

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 555 Mission Street, Suite 3000

City / State / Zip: San Francisco, CA 94105

Telephone / Fax: 415-393-8268 / 415-374-8439

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

*The Clerk of Court is directed to terminate the motion (Dkt. No. 74)*

Dated: May 16, 2013

_____
Paul ~~Gardephe~~
United States District / ~~Magistrate~~ Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2013, I caused the foregoing Motion for Admission Pro Hac Vice of Joel S. Sanders to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned-matter.

Dated: May 3, 2013

                                                            Patrick J. Durkin