```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,
LLC, a Delaware Limited Liability Company,

    Plaintiff,

  vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE
GROUP AG, BANK OF TOKYO-MITSUBISHI
UFJ LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A., HSBC
HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL
BANK OF CANADA, THE NORINCHUKIN
BANK, ROYAL BANK OF SCOTLAND GROUP,
PLC, WESTLB AG, WESTDEUTSCHE
IMMOBILIENBANK AG, and DEUTSCHE
BANK AG,

    Defendants.
-----------------------------------------------------------x

No. 13-CV-0981 (PGG)

## ORDER

  The motion of Gary R. Spratling, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

  Applicant's Name: Gary R. Spratling

  Firm Name: Gibson, Dunn & Crutcher LLP

  Address: 555 Mission Street, Suite 3000

  City / State / Zip: San Francisco, CA

Telephone / Fax: 415-393-8222 / 415-374-8464

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

The Clerk of the Court is directed to terminate the motion. (Dkt. No. 75)

Dated: May 17, 2013

_____
Paul G. Gardephe
United States District / ~~Magistrate~~ Judge

2