UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,
LLC, a Delaware Limited Liability Company,

                Plaintiff,

                vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE
GROUP AG, BANK OF TOKYO-MITSUBISHI
UFJ LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A., HSBC
HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL
BANK OF CANADA, THE NORINCHUKIN
BANK, ROYAL BANK OF SCOTLAND GROUP,
PLC, WESTLB AG, WESTDEUTSCHE
IMMOBILIENBANK AG, and DEUTSCHE
BANK AG,

                Defendants.

------------------------------------------------------------x

No. 13-CV-0981 (PGG)

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG makes the following Corporate Disclosure Statement.

      UBS AG is a publicly traded entity and has no parent corporation. There is no publicly held corporation that holds 10 percent or more of UBS AG stock.

Dated:  May 24, 2013
       New York, New York

                                    Respectfully submitted,

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: _____/s/_____
                                         Peter Sullivan

                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    Tel: (212) 351-4000
                                    Fax: (212) 351-4035
                                    Email:  PSullivan@gibsondunn.com

                                    *Attorneys for UBS AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, I caused the foregoing Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:   May 24 2013

                                                       /s/
                                       Peter Sullivan