June 4, 2013

*BY FACSIMILE*

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Docket + File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/13

Re: 7 West 57th Street Realty Co. LLC v. Citigroup, Inc. *et al.*
S.D.N.Y. Case No. 13-CV-0981 (PGG)

Dear Judge Gardephe:

The undersigned counsel represent Defendants in this case. We write pursuant to Rule 1-D of Your Honor's Individual Practices to request approval of a schedule concerning Plaintiff's filing of an amended complaint and Defendants' responses thereto.

## Background and Related Proceedings

Plaintiff asserts that it is the assignee of real estate entrepreneur Sheldon Solow. In early 2008, Solow borrowed funds from Defendant Citibank, N.A. ("Citibank") pursuant to promissory notes and pledged certain municipal bonds as collateral. A dispute developed over whether Solow defaulted on his obligations under the notes, leading to litigation in state court (the "State Court Action"). Citibank prevailed in the State Court Action and obtained a judgment for approximately $100 million, and the judgment was affirmed on appeal. *Citibank, N.A. v. Solow*, 92 A.D.3d 361, 939 N.Y.S.2d 361 (1st Dep't 2012).

The complaint in the present case alleges that Solow's liability in the State Court Action was caused by improper conduct by various banks. Most of the Defendants in this case at relevant times were members of a panel of banks organized by the British Bankers' Association ("BBA"). The panel members made daily reports concerning perceived borrowing costs that were used to determine a benchmark interest rate known as the U.S. Dollar London Interbank Offered Rate ("USD LIBOR"). Plaintiff alleges that the banks made inaccurate reports to the BBA, resulting in distortions of USD LIBOR, and that this conduct impaired the value of his municipal bond collateral and caused him to incur liability in the State Court Action.

Many other cases involving similar allegations concerning USD LIBOR have been filed in various U.S. District Courts since the spring of 2011. More than 40 USD LIBOR cases have been consolidated in the LIBOR MDL proceeding before Judge Naomi Reice Buchwald. On March 29, 2013, Judge Buchwald issued a lengthy decision resolving and substantially granting certain motions to dismiss that had been filed with respect to several of those actions. *See* ___ F.Supp.3d ___, 2013 WL 1285338 (S.D.N.Y. Mar. 29, 2013).

## Proposed Schedule

The complaint in this action (the "Complaint") was filed on February 13, 2013. The Court previously approved a stipulation adjourning Defendants' time to respond to the Complaint until June 4, 2013. (Docket Entry No. 38, April 17, 2013.) Plaintiff's counsel subsequently notified Defendants' counsel that Plaintiff intends to file an amended complaint, and the parties agreed that no response to the original Complaint would be necessary since it will not be the operative pleading. Plaintiff originally planned to file the amended complaint prior to June 4 (which would have mooted the previous stipulation), but has now indicated that it needs additional time to do so. (This is the reason Defendants did not submit this adjournment request sooner.)

Once the amended complaint is filed, Defendants intend to request leave to file motions responding to the amended complaint. Defendants do not know at this point to what extent the new pleading will differ from the original Complaint. But Defendants expect that they will be seeking leave to file motions to dismiss this action pursuant to Rule 12, and/or stay it in light of the Second Circuit's anticipated review of Judge Buchwald's ruling (which addresses legal issues that are or may be implicated in this case as well).

Separately, Your Honor has scheduled an initial conference for this action for Thursday, June 20 at 11 a.m.

We have conferred with Plaintiff's counsel, and would like to propose the following schedule, to which Plaintiff consents:

1. Plaintiff will file its amended complaint no later than June 11, 2013.

2. Defendants will submit a pre-motion letter to the Court concerning their anticipated motions responding to the amended complaint before the June 20 initial conference.

3. The parties and the Court will discuss the timing for Defendants' response to the amended complaint at the June 20 conference. Counsel will confer in advance of the conference to try to agree on a briefing schedule for responsive motions (assuming the Court grants leave for motions to be filed).

4. Your Honor's Notice of Pre-Trial Conference (Docket Entry No. 29) calls for the parties to submit by June 11 a joint letter containing (among other things) a brief description of the case, together with a jointly proposed case management plan. The parties plan to submit the joint letter by June 11. But in light of the complexity of this case and the issues raised by the contemplated motions, the parties propose to defer a discussion of case management plan issues until the June 20 conference (and thus would not submit a jointly proposed case management plan on June 11).

We appreciate the Court's consideration of this request.

Respectfully,

s/
Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A*

s/
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN AND CROMWELL, LLP
125 Broad Street
New York, New York 10004
Tel: 212-558-4705
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendant Barclays Bank plc*

s/
Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

s/
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
David J. Shaw
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 662-6000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*

JUN-04-2013 17:22 From:COVINGTON BURLING 12125841010  To:212 805 7986  P.4/6

s/_____
David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

s/_____
Moses Silverman
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

s/_____
Thomas C. Rice
Juan A. Arteaga
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
trice@stblaw.com
jarteaga@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

s/_____
Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

s/_____
Ed DeYoung
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel: (214) 740-8614
edeyoung@lockelord.com
rcowie@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Tel: (212) 812-8325
gcasamento@lockelord.com

*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc*

s/_____
Marc J. Gottridge
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
marc.gottridge@hoganlovells.com

*Attorneys for Lloyds Banking Group plc and HBOS plc*

s/
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

s/
Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com

*Attorneys for Defendant Royal Bank of Canada*

s/
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

*Attorneys for Defendant UBS AG*

s/
Ethan E. Litwin
Christopher M. Paparella
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
litwin@hugheshubbard.com
paparella@hugheshubbard.com
feder@hugheshubbard.com

*Attorneys for Defendants Portigon AG (formerly known as WestLB AG) and Westdeutsche ImmobilienBank AG*

s/
Charles Platt
Fraser L. Hunter, Jr.
David S. Lesser
Alan Schoenfeld
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: 212 230-8800
charles.platt@wilmerhale.com
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com

Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, New York 10019
Tel: (212) 878-8000
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

cc: All Counsel (by email)