```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED: June 6, 2013             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7 WEST 57TH STREET REALTY COMPANY,
LLC,

               Plaintiff,

       - against -

CITIGROUP, INC.; CITIBANK, N.A.; BANK OF
AMERICA CORP.; BANK OF AMERICA N.A.;
BARCLAYS BANK PLC; UBS AG; JPMORGAN
CHASE & CO.; JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION; CREDIT SUISSE
GROUP AG; BANK OF TOKYO-MITSUBISHI
UFJ LTD.; COOPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.; HSBC
HOLDINGS PLC; HSBC BANK PLC; HBOS
PLC; LLOYDS BANKING GROUP PLC; ROYAL
BANK OF CANADA; THE NORINCHUKIN
BANK; ROYAL BANK OF SCOTLAND GROUP,
PLC; WESTLB AG; WESTDEUTSCHE
IMMOBILIENBANK AG, DEUTSCHE BANK
AG,

               Defendants.

**<u>ORDER</u>**

13 Civ. 0981 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       In a June 4, 2013 letter, Defendants request that the Court approve a jointly

proposed schedule for Plaintiff's filing of an Amended Complaint and Defendants' responses

thereto. (Dkt. No. 93)

       It is hereby ORDERED that Plaintiff shall file the Amended Complaint by **June

11, 2013**. It is further ORDERED that by **June 18, 2013**, the parties will submit a joint letter

that includes a description of Defendants' proposed motions, Plaintiff's position as to those

motions, and a jointly proposed case management plan.

Dated: New York, New York
        June 5, 2013

                        SO ORDERED.

                        Paul G. Gardephe
                        United States District Judge