

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 30, 2013

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/13
```

Re:   1:13-cv-00981-PGG
      7 West 57th Street Realty Co., LLC v. Citigroup, Inc., et al.

Dear Judge Gardephe:

    I am writing to request that my appearance be removed from the above-captioned matter. As of Friday, May 31, 2013, I will no longer be affiliated with the law firm Hogan Lovells U.S., LLP as I have accepted a position as Chief of the Antitrust Bureau in the Office of the Attorney General of the State of New York.

    After my appearance has been removed, I will update my ECF account to reflect my new position. I thank the Court and the Clerk's Office for its attention to this matter.

Sincerely,

*/s/ Eric Stock*

Eric Stock, Esq.

Partner
Eric.Stock@hoganlovells.com
D 212-918-8277

**MEMO ENDORSED**

The Application is granted. The Clerk of Court is directed to terminate the motion (Dkt. No. 91).

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 18, 2013

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com