IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., *et al.*,<br><br>          Defendants. | Case No. 1:13-CV-00981-PGG<br>          ECF Case<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that MELANIE WESTOVER, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters her appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

Dated:  June 18, 2013
         New York, New York

                                        MILBANK, TWEED, HADLEY & MCCLOY LLP

                                        By:    /s/ Melanie Westover

                                        Melanie Westover
                                        1850 K Street NW, Suite 1100
                                        Washington, DC 20006
                                        (202) 835-7500
                                        (202) 263-7586 (facsimile)
                                        mwestover@milbank.com

                                        *Attorney for Defendant Coöperatieve*
                                        *Centrale Raiffeisen-Boerenleenbank B.A.*

---

[1] In filing this Notice of Appearance, Defendant does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.