IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:13-CV-00981-PGG<br>　　　ECF Case<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") certifies as follows:

　　　　Rabobank has no parent corporation and no publicly held corporation owns 10% or more of Rabobank.


Dated:　June 18, 2013
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　MILBANK, TWEED, HADLEY & MCCLOY LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ David R. Gelfand
　　　　　　　　　　　　　　　　　　　　David R. Gelfand
　　　　　　　　　　　　　　　　　　　　Sean M. Murphy
　　　　　　　　　　　　　　　　　　　　1 Chase Manhattan Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10005-1413
　　　　　　　　　　　　　　　　　　　　(212) 530-5000
　　　　　　　　　　　　　　　　　　　　(212) 822-5219 (facsimile)
　　　　　　　　　　　　　　　　　　　　dgelfand@milbank.com
　　　　　　　　　　　　　　　　　　　　smurphy@milbank.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*