UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>    v.<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                Defendants. | 13-cv-0981 (PGG)<br><br>Notice of Appearance |

       PLEASE TAKE NOTICE that Gregory T. Casamento of the firm Locke Lord LLP, 3 World Financial Center, New York, New York 10281, hereby enters his appearance as counsel of record in the above-captioned action for and on behalf of defendants HSBC HOLDINGS GROUP PLC and HSBC BANK PLC.

       The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
June 20, 2013

          LOCKE LORD LLP

          /s/ Gregory T. Casamento

          Gregory T. Casamento
          LOCKE LORD LLP
          3 World Financial Center
          New York, NY 10281
          Telephone: (212) 812-8325
          Fax: (212) 812-8385
          gcasamento@lockelord.com

          Roger B. Cowie
          LOCKE LORD LLP
          2200 Ross Avenue, Suite 2200
          Dallas, TX  75201
          Telephone: (214)740-8614
          Fax: (214)756-8614
          rcowie@lockelord.com

          *Attorneys for Defendants*

          HSBC HOLDINGS GROUP PLC and
          HSBC BANK PLC