UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE &CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>        Defendants. | 13-cv-0981 (PGG)<br><br>Notice of Appearance |

  PLEASE TAKE NOTICE that Edwin R. DeYoung of the firm Locke Lord LLP, 3 World Financial Center, New York, New York 10281, hereby enters his appearance as counsel of record in the above-captioned action for and on behalf of defendants HSBC HOLDINGS GROUP PLC and HSBC BANK PLC.

  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
      June 20, 2013

                                LOCKE LORD LLP

                                <u>/s/ Edwin R. DeYoung</u>

                                Edwin R. DeYoung
                                LOCKE LORD LLP
                                2200 Ross Avenue, Suite 2200
                                Dallas, TX  75201
                                Telephone: (214)740-8500
                                Fax: (214)756-8614
                                edeyoung@lockelord.com

                                Roger B. Cowie
                                LOCKE LORD LLP
                                2200 Ross Avenue, Suite 2200
                                Dallas, TX  75201
                                Telephone: (214)740-8614
                                Fax: (214)756-8614
                                rcowie@lockelord.com

                                *Attorneys for Defendants*

                                HSBC HOLDINGS GROUP PLC and
                                HSBC BANK PLC