UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
7 West 57th St. Realty Company, LLC
                            Plaintiff,

Case No. 1:13-cv-00981-PGG

    -against-

CitiGroup, Inc., et al.
                      Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

### Mark David Villaverde
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MV9439     My State Bar Number is n/a

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Simpson Thacher & Bartlett LLP
                  FIRM ADDRESS: 425 Lexington Avenue, New York, NY 10017
                  FIRM TELEPHONE NUMBER: (212) 455-2393
                  FIRM FAX NUMBER: (212) 455-2502

NEW FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                  FIRM ADDRESS: 1 Chase Manhattan Plaza, New York, NY 10005
                  FIRM TELEPHONE NUMBER: (212) 530-5000
                  FIRM FAX NUMBER: (212) 530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 20, 2013

_____
ATTORNEY'S SIGNATURE