```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,           :
LLC, a Delaware Limited Liability Company,   :
                                             :
                          Plaintiff,         :
                                             :   No. 13-cv-00981-PGG
              -against-                      :
                                             :
CITIGROUP, INC., CITIBANK, N.A., BANK        :
OF AMERICA CORP., BANK OF AMERICA            :
N.A., BARCLAYS BANK PLC, UBS AG,             :
JPMORGAN CHASE & CO., JPMORGAN               :
CHASE BANK, NATIONAL                         :
ASSOCIATION, CREDIT SUISSE GROUP             :
AG, BANK OF TOKYO-MITSUBISHI UFJ             :
LTD., COOPERATIEVE CENTRALE                  :
RAIFFEISEN-BOERENLEENBANK B.A.,              :
HSBC HOLDINGS PLC, HSBC HANK PLC,            :
HBOS PLC, LLOYDS BANKING GROUP               :
PLC, ROYAL BANK OF CANADA, THE               :
NORINCHUKIN BANK, ROYAL BANK OF              :
SCOTLAND GROUP, PLC, WESTLB AG,              :
WESTDEUTSCHE IMMOBILIENBANK,                 :
AG, and DEUTSCHE BANK AG,                    :
                                             :
                          Defendants.        :
------------------------------------------------------------x
```

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., by their undersigned counsel, state as follows:

1.  Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

2. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

Dated: New York, New York
August 28, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
Juan A. Arteaga (jarteaga@stblaw.com)
Omari L. Mason (omason@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*