**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

7 WEST 57TH STREET REALTY
COMPANY, LLC

                Plaintiff,

      - against -

CITIGROUP, INC., CITIBANK, N.A., BANK
OF AMERICA CORP., BANK OF
AMERICA, N.A., BARCLAYS BANK PLC,
UBS AG, JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, CREDIT SUISSE GROUP
AG, BANK OF TOKYO-MITSUBISHI UFJ
LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN – BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
HBOS PLC, LLOYDS BANKING GROUP
PLC, ROYAL BANK OF CANADA, THE
NORINCHUKIN BANK, ROYAL BANK OF
SCOTLAND GROUP, PLC, WESTLB AG,
WESTDEUTSCHE IMMOBILIENBANK
AG, DEUTSCHE BANK AG,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-0981 (PGG)

NOTICE OF APPEARANCE

ECF Case

      PLEASE TAKE NOTICE that L. Charles Shioleno of the law firm of Davis Polk &
Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as
counsel of record for defendants Bank of America Corporation and Bank of America, N.A. in the
above-captioned matter, and requests that all papers in this action be served upon him at the
address indicated below.

Dated:   New York, New York   Respectfully Submitted,
           August 28, 2013

DAVIS POLK & WARDWELL LLP

By: _____

L. Charles Shioleno

450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-3067
Facsimile: (212) 701-6067
charles.shioleno@davispolk.com

*Counsel for Defendants Bank of America Corporation and Bank of America, N.A.*