UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company, | : : : |
| Plaintiff, | : : |
| | : No. 13-cv-00981-PGG |
| -against- | : : : |
| CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC HANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK, AG, and DEUTSCHE BANK AG, | : : **NOTICE OF WITHDRAWAL** : **AS COUNSEL** : : : : : : : : : : : : : : |
| Defendants. | : |

------------------------------------------------------------x

TO THE CLERK AND ALL PARTIES OF RECORD:  Please withdraw the appearance of Juan A. Arteaga, formerly of the law firm of Simpson Thacher & Bartlett LLP, as counsel of record for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above captioned case.

PLEASE TAKE NOTICE that JPMorgan continues to be represented in this case by Thomas C. Rice, Paul C. Gluckow and Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP.

Dated: New York, New York
October 2, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Omari L. Mason
Omari L. Mason (omason@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

1