UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,
LLC, a Delaware Limited Liability Company,

                Plaintiff,

          -against-

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC HANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK, AG, and DEUTSCHE BANK AG,

                Defendants.
------------------------------------------------------------x

No. 13-cv-00981-PGG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul C. Gluckow of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  New York, New York
          October 4, 2013

                                      Respectfully submitted,

                                      SIMPSON THACHER & BARTLETT LLP

                                      By:    /s/ Paul C. Gluckow
                                             Paul C. Gluckow (pgluckow@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

1