UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>              -Against-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>              Defendants. | Case No. 1:13-cv-0981 (PGG) |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

        Pursuant to Local Civil Rule 1.4, Barclays Bank PLC, by and through its counsel Sullivan & Cromwell LLP, respectfully requests the withdrawal of the appearance of Matthew S. Fitzwater as counsel for Barclays Bank PLC in the above-referenced action. Matthew S. Fitzwater is no longer associated with the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP will continue to serve as counsel for Barclays Bank PLC.

Dated: January 13, 2014
New York, New York

                                              Respectfully submitted,

<u>Jeffrey T. Scott</u>
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com
Telephone: (212) 558-4000

*Attorneys for Defendant Barclays Bank PLC*