UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 West 57th Street Realty Company, LLC

Plaintiff,

-against-

CitiGroup, Inc., et al.

Defendant.

---

Case No. 1:13-cv-00981

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Daryl A. Libow**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 2100766

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Sullivan & Cromwell LLP
FIRM ADDRESS: 1701 Pennsylvania Avenue, N.W., Washington, DC 20006
FIRM TELEPHONE NUMBER: (202) 956-7500
FIRM FAX NUMBER: (202) 293-6330

NEW FIRM:
FIRM NAME: Sullivan & Cromwell LLP
FIRM ADDRESS: 1700 New York Avenue, N.W., Washington, DC 20006
FIRM TELEPHONE NUMBER: (202) 956-7500
FIRM FAX NUMBER: (202) 293-6330

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2014

/s/ Daryl A. Libow
ATTORNEY'S SIGNATURE