UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | | |
|---|---|---|
| 7 West 57th Street Realty Company, LLC | Plaintiff, | Case No. 1:13-cv-00981 |
| -against- | | |
| CitiGroup, Inc., et al. | Defendant. | |

------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Christopher M. Viapiano
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 4373536_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sullivan & Cromwell LLP
            FIRM ADDRESS: 1701 Pennsylvania Avenue, N.W., Washington, DC 20006
            FIRM TELEPHONE NUMBER: (202) 956-7500
            FIRM FAX NUMBER: (202) 293-6330

NEW FIRM:   FIRM NAME: Sullivan & Cromwell LLP
            FIRM ADDRESS: 1700 New York Avenue, N.W., Washington, DC 20006
            FIRM TELEPHONE NUMBER: (202) 956-7500
            FIRM FAX NUMBER: (202) 293-6330

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2014                    /s/ Christopher M. Viapiano
                                    _____
                                    ATTORNEY'S SIGNATURE