

September 30, 2014

**Via ECF and Fax to 212.805.7986**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, NY 10007

    Re:    **7 West 57th Street Realty Company, LLC v. Citigroup, Inc., et al.
           USDC SDNY Case No. 13-CV-0981 (PGG)**

Dear Judge Gardaphe:

We write on behalf of Plaintiff 7 West 57th Street Realty Company, LLC in the above-referenced case with regard to the pending motions to dismiss, which were fully briefed as of December 13, 2013. (See ECF Nos. 114 - 122). All parties requested oral argument. (ECF Nos. 115 and 119). Your Honor stayed all discovery on July 8, 2013 pending resolution of the motions to dismiss. (ECF. No. 107).

There have been numerous developments in other LIBOR-related cases since the motion to dismiss was briefed, including in the LIBOR-related criminal cases, and the Supreme Court has granted certiorari on certain issues. We therefore would respectfully suggest that the Court might appreciate having supplemental briefing, addressing only events that have occurred since the last briefs were filed. In the alternative, Plaintiffs are prepared to address these subsequent developments at oral argument.

Respectfully submitted,

THE MOGIN LAW FIRM, P.C.

Daniel J. Mogin