UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                     :
7 West 57th Street Realty Company, LLC,              :
                                                     :
                   Plaintiff,                        :    1:13-cv-00981-PGG
                                                     :
              -against-                              :
                                                     :    **MOTION AND [PROPOSED]**
CitiGroup, Inc., et al.,                             :    **ORDER OF WITHDRAWAL**
                                                     :    **OF APPEARANCE**
                   Defendants.                       :    **OF BENJAMIN J. HOFFART, ESQ.**
                                                     :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Pursuant to Local Civil Rule 1.4, Defendant, the Norinchukin Bank

("Norinchukin"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully

requests the withdrawal of the appearance of Benjamin J. Hoffart, Esq., as counsel on its behalf.

Norinchukin further requests that the email address, bhoffart@sidley.com, be removed from the

ecf service notification list for this case.

        Sidley Austin has represented Norinchukin throughout the pendency of this action

and will continue to do so.  On April 19, 2013, I appeared in this action. As of October 10, 2014,

I will no longer be associated with Sidley Austin and will not continue to represent Norinchukin

in this action.   My withdrawal will not affect the posture of this action.

Dated: New York, New York
        October 9, 2014

                                    SIDLEY AUSTIN LLP


                                    By:   /s/Benjamin J. Hoffart
                                          Benjamin J. Hoffart
                                          787 Seventh Avenue
                                          New York, New York 10019
                                          Tel.:  (212) 839-5300

1

Fax:  (212) 839-5599
bhoffart@sidley.com

*Attorneys for The Norinchukin Bank*

ENTERED this ___ day of October, 2014

      SO ORDERED

_____
Hon. Paul G. Gardephe
United States District Judge