```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

7 West 57th Street Realty Company, LLC,

        Plaintiff,

-against-

CitiGroup, Inc, et al.,

        Defendants.

------------------------------------------------------------X

1:13-cv-00981-PGG

**MOTION AND [PROPOSED]
ORDER OF WITHDRAWAL
OF APPEARANCE
OF BENJAMIN J. HOFFART, ESQ.**

Pursuant to Local Civil Rule 1.4, Defendant, the Norinchukin Bank ("Norinchukin"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Benjamin J. Hoffart, Esq., as counsel on its behalf. Norinchukin further requests that the email address, bhoffart@sidley.com, be removed from the ecf service notification list for this case.

Sidley Austin has represented Norinchukin throughout the pendency of this action and will continue to do so. On April 19, 2013, I appeared in this action. As of October 10, 2014, I will no longer be associated with Sidley Austin and will not continue to represent Norinchukin in this action. My withdrawal will not affect the posture of this action.

Dated: New York, New York
      October 9, 2014

                                    SIDLEY AUSTIN LLP

                          By: /s/Benjamin J. Hoffart
                              Benjamin J. Hoffart
                              787 Seventh Avenue
                              New York, New York 10019
                              Tel.: (212) 839-5300

Fax: (212) 839-5599
bhoffart@sidley.com

*Attorneys for The Norinchukin Bank*

The Clerk is directed to terminate the motion (Dkt. No. 130).

ENTERED this 9th day of October, 2014

    SO ORDERED

_____
Hon. Paul G. Gardephe
United States District Judge