COURTESY COPY

# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2014

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
JERMOY

CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ENDORSED
A. R. LEVINE

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER
(212) 701-3120

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
ATHY A. O'KEEFFE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

*ADMITTED IN DC ONLY

The Application is granted. Defendants will file their motion to dismiss on grounds of lack of personal jurisdiction by November 14, 2014. Plaintiff's opposition is due Dec. 3, 2014. Defendants' reply is due Dec. 10, 2014.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 28, 2014

October 23, 2014

Re:   *7 West 57th Street Realty Company, LLC v. Citigroup, Inc., et al.,*
      USDC SDNY Case No. 13-cv-0981 (PGG)

Dear Judge Gardephe:

    We are counsel for defendant Credit Suisse Group AG and submit this letter with Defendants[1] to request leave to address additional developments of law since the original motion to dismiss was fully briefed on December 13, 2013. *See* Dkt Nos. 114 – 122. The Court recently granted Plaintiff leave to submit additional briefing about developments in other LIBOR-related cases and requested briefing on additional legal developments that relate to Defendants' motion to dismiss Plaintiff's RICO claims. *See* Dkt No. 132 ("October 17, 2014 Order"). Defendants respectfully request leave to move to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) because of significant changes in the law occurring after the original motion to dismiss was fully briefed.

    Since the motion to dismiss was fully briefed, the Supreme Court has issued two opinions that have profoundly changed the landscape of personal jurisdiction: *Daimler AG v. Bauman*, 134 S. Ct. 2846 (2014) and *Walden v. Fiore*, 134 S. Ct. 1115 (2014). As the Second Circuit recently recognized in *Gucci America, Inc. v. Weixing Li*, 2014 WL 4629049 (2d Cir. Sept. 17, 2014), the Supreme Court case law now provides support for arguments for dismissal that were unavailable to Defendants at the time of the original briefing. In *Gucci*, the Second Circuit held that a foreign bank defendant — like Defendants here — did not waive its personal jurisdiction defense by failing to raise it in a motion to dismiss brought before *Daimler* was decided because "[p]rior to *Daimler*, courts in this Circuit often asserted general jurisdiction over nonparty foreign corporations based on the presence of corporate branches, subsidiaries, or affiliates in the Circuit." *Gucci*, 2014 WL 4629049, at *13 (citations omitted). For the same reason, there has been no waiver here.

---

[1] Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, Deutsche Bank AG, The Norinchukin Bank, Westdeutsche ImmobilienBank AG, and Portigon/WestLB AG join in this letter (together with Credit Suisse Group AG, "Defendants"). Other banks may also join any motion to dismiss for lack of personal jurisdiction.

CAHILL GORDON & REINDEL LLP

- 2 -

      Defendants' response to Plaintiff's supplemental briefing is due on November 14, 2014. *See* October 17, 2014 Order. Defendants respectfully request leave to file papers in support of their motion to dismiss for lack of personal jurisdiction on that date or a later date that would be convenient for the Court. That would give Defendants sufficient time to prepare the necessary motion papers — which may include short declarations.

      Respectfully submitted,

      Joel Kurtzberg

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

BY ECF

cc:    Counsel of Record