UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 7 W 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  - against -<br><br>CITIGROUP, INC. et al.,<br><br>        Defendants. | No. 13-CV-0981 (PGG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned matter.

Dated: New York, New York  Respectfully submitted,
     November 12, 2014

              PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

             By: /s/ Andrew C. Finch
                Andrew C. Finch
                afinch@paulweiss.com

             1285 Avenue of the Americas
             New York, New York 10019-6064
             Tel.: (212) 373-3460
             Fax: (212) 492-0460

             *Counsel for Defendant*
             *Deutsche Bank AG*