UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC,<br><br>                  Plaintiff,<br><br>                  - against -<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>                  Defendants. | Case No. 1:13-cv-0981 |

**NOTICE OF FOREIGN BANK DEFENDANTS' MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

PLEASE TAKE NOTICE that the undersigned, attorneys for defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Credit Suisse Group AG, Deutsche Bank AG, HSBC Holdings plc, HSBC Bank plc, Lloyds Banking Group plc, HBOS plc, The Norinchukin Bank, The Royal Bank of Canada, The Royal Bank of Scotland Group plc, Portigon AG (f/k/a WestLB AG), and Westdeutsche ImmobilienBank AG, upon the declarations submitted concurrently

herewith, and for the reasons set forth in the Memorandum of Law and Schedule A thereto, defendants, by and through their undersigned attorneys, will move this Court before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing with prejudice the First Amended Complaint in the above-captioned action.  By order of this Court on October 29, 2014, Plaintiff is to serve any papers in opposition to this motion by December 3, 2014 and Defendants are to file any reply papers in further support of this motion by December 10, 2014.

Dated:	New York, New York
	November 14, 2014

/s/ Daryl A. Libow
Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
libowd@sullcrom.com
viapianoc@sullcrom.com
Telephone:  (202) 956-7500
Fax:  (202) 956-7056

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

/s/ Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com
*Attorneys for Defendant Barclays PLC*

/s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
dgelfand@milbank.com
smurphy@milbank.com
Telephone:  (212) 530-5000

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

/s/ Herbert S. Washer
Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone:  (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Ankush Khardori
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com
akhardori@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

| | |
|---|---|
| /s/ Ed DeYoung | /s/ Marc J. Gottridge |
| Ed DeYoung | Marc J. Gottridge |
| Roger B. Cowie | Lisa J. Fried |
| LOCKE LORD LLP | HOGAN LOVELLS US LLP |
| 2200 Ross Avenue, Suite 2200 | 875 Third Avenue |
| Dallas, Texas 75201 | New York, New York 10022 |
| Telephone: (214) 740-8614 | marc.gottridge@hoganlovells.com |
| Fax: (214) 740-8800 | lisa.fried@hoganlovells.com |
| edeyoung@lockelord.com | Telephone: (212) 918-3000 |
| rcowie@lockelord.com | Fax: (212) 918-3100 |

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
Fax: (212) 812-8385
gcasamento@lockelord.com

*Attorneys for Defendant HSBC Holdings plc and HSBC Bank plc*

*Attorneys for Defendants HBOS plc and Lloyds Banking Group plc*

| | |
|---|---|
| /s/ Andrew W. Stern<br>Andrew W. Stern<br>Alan M. Unger<br>Nicholas P. Crowell<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>astern@sidley.com<br>aunger@sidley.com<br>ncrowell@sidley.com<br>Telephone:  (212) 839-5300<br>Fax:  (212) 839-5599<br><br>*Attorneys for Defendant The Norinchukin Bank* | /s/ Arthur W. Hahn<br>Arthur W. Hahn<br>Christian T. Kemnitz<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661<br>arthur.hahn@kattenlaw.com<br>christian.kemnitz@kattenlaw.com<br>Telephone:  (312) 902-5200<br><br>*Attorneys for Defendant Royal Bank of Canada* |

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Fax:  (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com


/s/ Robert G. Houck
Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com
Telephone:  (212) 878-8000

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

/s/ Christopher M. Paparella
Christopher M. Paparella
Ethan E. Litwin
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
Chris.Paparella@hugheshubbard.com
Ethan.Litwin@hugheshubbard.com
Marc.Weinstein@hugheshubbard.com
Morgan.Feder@hugheshubbard.com

*Attorneys for Defendants Portigon AG (f/k/a WestLB AG) and Westdeutsche Immobilien-Bank AG*