UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>　　　　　　　　Defendants. | Case No. 1:13-cv-0981 |

### DECLARATION OF PIERRE SCHREIBER IN SUPPORT OF CREDIT SUISSE GROUP AG'S MOTION TO DISMISS

I, Pierre Schreiber, hereby declare:

　　　　1.  I am Managing Director of Credit Suisse Group AG ("CSGAG"). I submit this declaration in further support of CSGAG's motion to dismiss the above-captioned action for lack of personal jurisdiction. I set forth the facts below to the best of my knowledge based upon my review of CSGAG's records.

2. CSGAG is a financial institution incorporated under the laws of Switzerland. Its headquarters is and has been located at Paradeplatz 8, 8001 Zurich, Switzerland. CSGAG's principal place of business is and has been in Switzerland.

3. In 2013, CSGAG (through its subsidiaries) had 214 branches in Switzerland. CSGAG's subsidiaries have dozens of branches and representative offices in more than fifty other countries.

4. In 2013, a minority of CSGAG's consolidated net revenue (including net revenues of all direct and indirect subsidiaries) was attributable to the United States.

5. In 2013, CSGAG on a consolidated basis (through its subsidiaries) employed 46,000 full-time employees worldwide, including 17,900 employees in Switzerland. CSGAG subsidiaries had 8,365 employees in the United States, of which 7,840 were in New York. CSGAG subsidiaries also had relatively small number of employees in California (293), New Jersey (81), Pennsylvania (52), Texas (123), and Virginia (1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2014 in Zurich, Switzerland.

By: _____
[Pierre Schreiber]