UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL<br>INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br>ECF Case |

### DECLARATION OF NICOLA S. BLACK

I, Nicola S. Black, declare and state as follows under penalty of perjury:

1. I am Company Secretary for HSBC Bank plc.

2. In my capacity as Company Secretary for HSBC Bank plc, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on my work for HSBC Bank plc and my review of its records.

3. HSBC Bank plc is a public limited company, incorporated under the laws of England and Wales, with its headquarters and principal place of business in London, England.

4. HSBC Bank plc is not incorporated in New Jersey, Virginia, Kansas, Texas, New York, or California (the "Subject States") or in any other state in the United States.

5. HSBC Bank plc has no offices, branches, or other regular place of business in any of the Subject States or in any other state in the United States.

6. With the exception of one inactive entity, HSBC Bank plc has no direct or indirect subsidiaries incorporated in, or having a principal place of business in, any of the Subject States or in any other state in the United States.

7. HSBC Bank plc maintains separate books and records and a separate corporate existence from HSBC Holdings plc and from HSBC Holdings plc's subsidiaries in the United States.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in 116, Archbishop Street, Valletta, Malta on November 5, 2014.

**NICOLA S. BLACK**
Company Secretary
*HSBC Bank plc*