UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 W 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

                      Plaintiff,

- against -

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, and DEUTSCHE BANK AG,

                      Defendants.

No. 13-CV-0981 (PGG)

---

**DECLARATION OF JOSEPH P. RANDAZZO
IN SUPPORT OF DEUTSCHE BANK AG'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

I, Joseph P. Randazzo, hereby declare:

1. I am Global Head of Global Liquidity Management and an employee of Deutsche Bank Securities Inc., a wholly owned subsidiary of Deutsche Bank Aktiengesellschaft ("Deutsche Bank AG"). I submit this declaration in further support of Deutsche Bank AG's motion to dismiss the above-captioned action for lack of personal jurisdiction. I have personal knowledge of the facts set forth herein based on my experience and responsibilities.

2. At all relevant times, Deutsche Bank AG's U.S. Dollar LIBOR submissions were calculated and submitted in London, United Kingdom. No employees responsible for Deutsche Bank AG's U.S. Dollar LIBOR submissions were located in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November 2014 in New York City, New York.

_____
Joseph P. Randazzo