UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

7 West 57th Realty Co. LLC

　　　　　　　　　　　　　　Plaintiff,　　　　Case No. 13-cv-0981

　　-against-

Citigroup, Inc. et al
　　　　　　　　　　　　　　Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:　　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending　　　　　　　　[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Thomas A. Isaacson
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　　FIRM NAME: Covington & Burling LLP
　　　　　　　　FIRM ADDRESS: 1201 Pennsylvania Ave, NW, Washington, DC, 20004
　　　　　　　　FIRM TELEPHONE NUMBER: 202-662-5082
　　　　　　　　FIRM FAX NUMBER: 202-778-5082

NEW FIRM:　　FIRM NAME: Covington & Burling LLP
　　　　　　　　FIRM ADDRESS: One CityCenter, 850 10th St. NW Washington, DC 20001-4956
　　　　　　　　FIRM TELEPHONE NUMBER: 202-662-5082
　　　　　　　　FIRM FAX NUMBER: 202-778-5082

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/11/2014　　　　　　　　　s/ Thomas A. Isaacson
　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE