UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

           Plaintiff,

vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, and DEUTSCHE BANK AG,

           Defendants.

------------------------------------------------------------x

No. 13-CV-0981 (PGG)

## **REVISED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG makes the following Revised Corporate Disclosure Statement to reflect recent changes in corporate ownership.

UBS AG is a publicly traded entity. Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation. There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

| | |
|---|---|
| Dated: December 16, 2014<br>San Francisco, CA | GIBSON, DUNN & CRUTCHER LLP<br><br>By:  s/Joel S. Sanders<br>      Joel S. Sanders<br><br>555 Mission Street<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br>jsanders@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |