```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,           :
LLC, a Delaware Limited Liability Company,   :
                                             :   No. 13-CV-0981 (PGG)
                Plaintiff,                   :
                                             :
        vs.                                  :
                                             :
CITIGROUP, INC., CITIBANK, N.A., BANK OF     :
AMERICA CORP., BANK OF AMERICA N.A.,         :
BARCLAYS BANK PLC, UBS AG, JPMORGAN          :
CHASE & CO., JPMORGAN CHASE BANK,            :
NATIONAL ASSOCIATION, CREDIT SUISSE          :
GROUP AG, BANK OF TOKYO-MITSUBISHI           :
UFJ LTD., COÖPERATIEVE CENTRALE              :
RAIFFEISEN-BOERENLEENBANK B.A., HSBC         :
HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,       :
LLOYDS BANKING GROUP PLC, ROYAL              :
BANK OF CANADA, THE NORINCHUKIN              :
BANK, ROYAL BANK OF SCOTLAND GROUP,          :
PLC, WESTLB AG, WESTDEUTSCHE                 :
IMMOBILIENBANK AG, and DEUTSCHE              :
BANK AG,                                     :
                Defendants.                  :
                                             :
---------------------------------------------------------------x
```

## DECLARATION OF RACHEL A. LAVERY PURSUANT TO LOCAL RULE 1.4

I, Rachel A. Lavery, hereby declare under penalty of perjury, that the following is true and correct:

1. I am one of the attorneys at Gibson, Dunn & Crutcher LLP representing UBS AG in the above-captioned matters.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. As of January 7, 2015, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP. Attorneys at Gibson, Dunn & Crutcher LLP will continue to be counsel of record in this matter.

4. I am not asserting any retaining or charging lien on my clients.

5. I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for UBS AG.

Dated: January 5, 2015

                                                 /s/
                                        Rachel A. Lavery