UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
7 WEST 57TH STREET REALTY COMPANY,
LLC, a Delaware Limited Liability Company,

    Plaintiff,

  vs.

CITIGROUP, INC., CITIBANK, N.A., BANK OF
AMERICA CORP., BANK OF AMERICA N.A.,
BARCLAYS BANK PLC, UBS AG, JPMORGAN
CHASE & CO., JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, CREDIT SUISSE
GROUP AG, BANK OF TOKYO-MITSUBISHI
UFJ LTD., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A., HSBC
HOLDINGS PLC, HSBC BANK PLC, HBOS PLC,
LLOYDS BANKING GROUP PLC, ROYAL
BANK OF CANADA, THE NORINCHUKIN
BANK, ROYAL BANK OF SCOTLAND GROUP,
PLC, WESTLB AG, WESTDEUTSCHE
IMMOBILIENBANK AG, and DEUTSCHE
BANK AG,

    Defendants.
------------------------------------------------------------x

No. 13-CV-0981 (PGG)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/15
```

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for UBS AG and the accompanying declaration of Rachel A. Lavery,

IT IS HEREBY ORDERED that the motion of Rachel A. Lavery to withdraw as counsel for UBS AG is granted, and Ms. Lavery's appearance is withdrawn as of the date of this Order. *the Clerk will terminate Dkt. No. 164.*

Dated: *Jan. 13, 2015*

          *Paul G. Gardephe*
          Honorable Paul G. Gardephe
          United States District Judge