```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/15
```

**THE MOGIN LAW FIRM, P.C.**

April 14, 2015

**Via Facsimile**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, NY 10007
Facsimile: (212) 805-7986

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: April 14 2015

Re:  *7 WEST 57TH STREET REALTY COMPANY, LLC v. CITIGROUP, et al.*
     S.D.N.Y. Case No. 13-cv-0981 (PGG)

Dear Judge Gardephe:

Plaintiff 7 West 57th Street Realty Company, LLC ("Plaintiff") has received and reviewed the Court's March 31, 2015, Order dismissing Plaintiff's Complaint in the above-captioned matter, but granting leave to amend as to the antitrust claim. (ECF No. 172 (the "Order")). The Order requires Plaintiff to seek leave to amend by April 30, 2015.

Plaintiff is requesting a modest 30-day extension in which to file its motion seeking leave to amend the Complaint. Defendants do not oppose this request. An extension is warranted in this case as (1) this is the first request to extend the deadline for this motion; (2) the extension will not prejudice the parties; and (3) the extension will not impact any pending deadlines in this case. Plaintiff is seeking the proposed extension due to the comprehensive nature of the Order and in order to ensure that any proposed amendments are responsive to the points noted in that Order. Under Plaintiff's proposed extension, any motion seeking leave to amend the Complaint would be due June 1, 2015.

Respectfully Submitted,

THE MOGIN LAW FIRM, P.C.

_Daniel J. Mogin_
Daniel J. Mogin

cc:  All counsel (via email)