UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>Defendants. | Civil Action No. 13-cv-0981<br><br>ECF Case<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFF 7 WEST 57th STREET REALTY COMPANY LLC'S
NOTICE OF MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

1

PLEASE TAKE NOTICE that at a date and time to be determined by the Court, Plaintiff 7 West 57th Street Realty Company, LLC ("Plaintiff"), shall move, before the Honorable Paul G. Gardephe, United States District Judge, United States Courthouse, Courtroom 705, 40 Foley Square, New York, New York, 10007, for the entry of an Order pursuant to Rule 15(a) of the Federal Rules of Civil Procedure granting Plaintiff leave to file a Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon this Notice of Motion, the Memorandum of Law in Support of Motion for Leave to File Second Amended Complaint, and the Proposed Second Amended Complaint, submitted herewith, in support of its motion.

DATED: June 1, 2015                                  Respectfully submitted,

                                                         /s/ Daniel J. Mogin
                                                    Daniel J. Mogin
                                                    THE MOGIN LAW FIRM, P.C.
                                                    707 Broadway, Suite 1000
                                                    San Diego, CA 92101
                                                    Telephone:  619-687-6611
                                                    Facsimile:   619-687-6610
                                                    dmogin@moginlaw.com


                                                    Andrew W. Hayes
                                                    ANDREW W. HAYES, ESQ.
                                                    230 Park Avenue, 10th Floor
                                                    New York, New York 10017
                                                    Telephone: 917-770-0180
                                                    ahayes@andrewhayes.net

                                                    *Attorneys for Plaintiff 7 West 57th Street Realty Company, LLC*