**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Jonathan Gimblett

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5457
jgimblett@cov.com

June 8, 2015

**BY ECF**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, NY 10007


Re:   **7 West 57th Street Realty Company, LLC v. Citigroup Inc.**, *et al.*, SDNY
      Case No.  13-CV-0981 (PGG)

Dear Judge Gardephe:

This firm represents Defendants Citigroup Inc. and Citibank, N.A. in the above-referenced action.  I write on behalf of all Defendants to request a 30-day extension for Defendants to file their opposition to Plaintiff's Motion for Leave to File Second Amended Complaint.  The current deadline to file the opposition is June 15, 2015, and the new deadline would be July 15, 2015.  The basis for this request is to give the Defendants additional time to coordinate their response to Plaintiff's motion.

No prior requests for an extension of this deadline have been made.  Plaintiff consents to the extension provided that it may file its reply no later than August 10, 2015.  If the Court grants Defendants the extension requested herein, Defendants will consent to the extension of the deadline for its reply requested by Plaintiff.  These proposed extensions do not affect other scheduled dates in this case.

We appreciate the Court's attention to this request.

Respectfully,

/s/ Jonathan Gimblett

Jonathan Gimblett

cc:   All Counsel (by ECF)