UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>       Plaintiff,<br><br>     -vs.-<br><br>CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,<br><br>       Defendants. | 13 cv 0981 (PGG) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Alejandra de Urioste, undersigned counsel, respectfully moves, pursuant to Local Civil Rule 1.4, for leave to withdraw my appearance as counsel for Defendant **The Royal Bank of Scotland Group plc,** in the above-captioned action.  As of August 8, 2015, I will no longer be associated with Clifford Chance US LLP.  No substitution of counsel is necessary as The Royal Bank of Scotland Group plc continues to be represented by other attorneys of record from Clifford Chance US LLP and Wilmer Cutler Pickering Hale and Dorr LLP.

Dated: New York, New York      Respectfully submitted,
      August 6, 2015

CLIFFORD CHANCE US LLP

By:  S/ Alejandra de Urioste
      Alejandra de Urioste

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
alejandra.deurioste @cliffordchance.com