UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7 WEST 57th STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,

    Plaintiff,

-vs.-

CITIGROUP, INC., CITIBANK, N.A., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, UBS AG, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CREDIT SUISSE GROUP AG, BANK OF TOKYO-MITSUBISHI UFJ LTD., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, HBOS PLC, LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, ROYAL BANK OF SCOTLAND GROUP, PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, DEUTSCHE BANK AG,

    Defendants.

13 cv 0981 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2015

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group plc,

IT IS HEREBY ORDERED that the motion of Alejandra de Urioste to withdraw as counsel for The Royal Bank of Scotland Group plc is granted, and Ms. de Urioste's appearance is withdrawn as of the date of this Order.

Dated: Aug. 17, 2015

_____
Honorable Paul G. Gardephe
United States District Judge