UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7 WEST 57th STREET REALTY COMPANY, LLC, *etc.*,

        Plaintiff,

   – against –

CITIGROUP, INC., *et al.*,

        Defendants.

13 cv 981 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/15

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group PLC,

**IT IS HEREBY ORDERED** that the motion of James D. Miller to withdraw as counsel for the The Royal Bank of Scotland Group PLC is granted and Mr. Miller's appearance is withdrawn as of the date of this Order.

Dated:   Oct. 23, 2015

                                     *Paul A. Gardephe*
                                Hon. Paul G. Gardephe
                                United States District Judge