UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP, INC. et al.,<br><br>Defendants. | Case No. 1:13-cv-00981-PGG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth J. Shutkin of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
       December 18, 2015

                                         Respectfully submitted,

                                         SIMPSON THACHER & BARTLETT LLP

                    By:   */s/ Elizabeth J. Shutkin*
                           Elizabeth J. Shutkin (elizabeth.shutkin@stblaw.com)
                           425 Lexington Ave.
                           New York, New York 10017-3954
                           Telephone: (212) 455-2000
                           Facsimile: (212) 455-2502

                           *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*