UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7 WEST 57TH STREET REALTY COMPANY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>- against –<br><br>CITIGROUP INC, et al.,<br><br>Defendants. | Case No. 13-cv-00981 (PGG)<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated:  New York, New York
            February 2, 2016

                                                         MILBANK, TWEED, HADLEY & MCCLOY LLP

                                                         By: /s/ David R. Gelfand

                                                              David R. Gelfand
                                                              Sean M. Murphy
                                                              Mark D. Villaverde
                                                              28 Liberty Street
                                                              New York, New York 10005-1413
                                                              (212) 530-5000
                                                              (212) 822-5219 (facsimile)
                                                              DGelfand@milbank.com
                                                              SMurphy@milbank.com
                                                              MVillaverde@milbank.com

                                                              *Counsel for Defendant Coöperatieve Rabobank U.A.* (f/k/a *Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*)