UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
7 WEST 57TH STREET REALTY      )
COMPANY, LLC                   )
                               )
                               )
                 Plaintiff,    )     Case No. 1:13-cv-00981 (PGG)
                               )
CITIGROUP, INC. et al.,        )
                               )
                 Defendants.   )
                               )
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/16

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Royal Bank of Canada ("RBC"), pursuant to Local Rule 1.4 and through its attorneys, respectfully requests that this Court grant leave for William J. Kraus to withdraw as counsel in the above-captioned matter. In support of this motion, RBC states as follows:

1. Attorneys Arthur W. Hahn, Christian T. Kemnitz, and Brian J. Poronsky—all of Katten Muchin Rosenman LLP ("Katten")—have filed appearances on behalf of RBC in this matter.

2. Mr. Kraus will no longer be associated with Katten effective March 25, 2016, and will no longer be participating in this case. He does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3. Messrs. Hahn, Kemnitz, and Poronsky will continue to represent RBC in this matter and no substitution of counsel will be necessary.

WHEREFORE, for the foregoing reasons, RBC respectfully requests that this Court grant leave for Mr. Kraus to withdraw and remove him from all service lists and as counsel of record for RBC.

Dated: March 23, 2016  Respectfully submitted,

By: s/ William J. Kraus

Arthur W. Hahn (*Pro Hac Vice*)
Christian T. Kemnitz (*Pro Hac Vice*)
Brian J. Poronsky (*Pro Hac Vice*)
William J. Kraus (*Pro Hac Vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200

*Attorneys for Royal Bank of Canada*

ENTERED this 24th day of March, 2016

SO ORDERED

_____
Hon. Paul G. Gardephe
United States District Judge

## CERTIFICATE OF SERVICE

I, William J. Kraus, an attorney, hereby certify that on this 23rd day of March, 2016, I caused a copy of the foregoing **Motion for Leave to Withdraw as Counsel** to be served upon all counsel of record via this Court's CM/ECF electronic filing system.

/s/ *William J. Kraus*